Calcasieu Parish Clerk of Court
PO Box 1030
Lake Charles, LA 70602



14ᵗʰ Judicial District Court
State of Louisiana
Parish of Calcasieu

## NEW CIVIL FILING

TALL AND BLONDE NIGHTLIFE LLC

VS.   2024-002825

COVINGTON SPECIALTY INSURANCE COMPANY

Sidney Broussard
Deputy Clerk of Court

# State of Louisiana
## Secretary of State

08/08/2024

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

COVINGTON SPECIALTY INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA 70801


Suit No.: 20242825
14TH JUDICIAL DISTRICT COURT
CALCASIEU PARISH

TALL AND BLONDE NIGHTLIFE, LLC
vs
COVINGTON SPECIALTY INSURANCE COMPANY


Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.



Yours very truly,

NANCY LANDRY
Secretary of State



Served on:  NANCY LANDRY
Served by:  B GARAFOLA

Date: 08/07/2024
Title:  DEPUTY SHERIFF

No: 1336821



KC

Citation for Petition

| TALL AND BLONDE NIGHTLIFE LLC |  | 14th Judicial District Court |
|---|---|---|
| VS.    2024-002825 | | State of Louisiana |
| COVINGTON SPECIALTY | | Parish of Calcasieu |
| INSURANCE COMPANY | | |

THE STATE OF LOUISIANA
TO:   COVINGTON SPECIALTY
      INSURANCE COMPANY
      THROUGH SEC OF STATE 8585
      ARCHIVE AVE
      Baton Rouge, LA  70809
Parish of East Baton Rouge

**SERVED ON**
**NANCY LANDRY**

AUG 07 2024

**SECRETARY OF STATE**
**COMMERCIAL DIVISION**

You are named as defendant in the above captioned matter. Attached to this citation is a:
PETITION FOR DAMAGES
You must either comply with the demand contained in the petition of TALL AND BLONDE NIGHTLIFE
LLC       , or make an appearance either by filing an answer or pleading in the 14th Judicial District Court
located at 1000 Ryan St., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of
Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**
G.  A Defendant shall file his answer within **twenty-one (21) days** after service of Citation upon
him, except as otherwise provided by law.
If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his
answer to the petition within **thirty (30) days** after service of citation and service of discovery
request.
H.  When an Exception is filed prior to Answer and is overruled or referred to the merits, or is
sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen
(15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after
service of the Amended Petition.
I.   The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**
A defendant shall plead in response to an Amended Petition within the time remaining for pleading
to the Original Pleading or within **ten (10) days** after service of the Amended Petition, whichever
period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**
Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 8th day of July 2024.

Issued and delivered July 28, 2024.

Thomas Cole
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___,
served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years,
living and residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE        $_____          BY:   _____

MILEAGE        $_____                Deputy Sheriff

TOTAL $_____

Party No.     P001

C M S 9 0 2 5 3 6 0
Filing Date: 07/28/2024 06:39 AM     Page Count: 1
Case Number: 2024-002825
Document Name: 1604 Citation for Petition

[ Service Copy ]
CMS1604                                                                    Page 1 of 1

You Are Hereby Notified - Civil

| TALL AND BLONDE NIGHTLIFE LLC<br>VS.   2024-002825<br>COVINGTON SPECIALTY<br>INSURANCE COMPANY |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   COVINGTON SPECIALTY
      INSURANCE COMPANY
      THROUGH SEC OF STATE 8585
      ARCHIVE AVE
      Baton Rouge, LA  70809

YOU ARE HEREBY NOTIFIED:

IT IS REQUESTED THAT DEFENDANT RESPOND WITHIN THE TIME DELAYS ALLOWED BY LAW
TO THE DISCOVERY PROPOUNDED BY PLAINTIFF.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 8TH day of JULY 2024.

Issued and delivered July 28, 2024

Thomas Cole
Deputy Clerk of Court

--------------------------------------------------------------------------------

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE        $_____          BY:   _____
                                           Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.    P001

Filing Date: 07/28/2024 06:41 AM     Page Count: 1
Case Number: 2024-002825
Document Name: 2004 You are Hereby Notified - Civil

[ Service Copy ]
CMS0035                                                                                    Page 1 of 1

TALL AND BLONDE NIGHTLIFE, LLC          :     14TH JUDICIAL DISTRICT COURT

VS. NO. _____         :     PARISH OF CALCASIEU

COVINGTON SPECIALTY INSURANCE
COMPANY                                 :     STATE OF LOUISIANA

FILED: _____          :     _____

                                              DEPUTY CLERK OF COURT

Calcasieu
H. Lynn Jones, II
· Jo Ann Hanks
Suit#2024-2825 B
E-Filed on: 7/08/24 04:28 PM
# of Pages:5

## PETITION FOR DAMAGES

The petition of **TALL AND BLONDE NIGHTLIFE, LLC,** a limited liability company,

whose members are both domiciled in Calcasieu Parish, Louisiana, respectfully represents:

1.

Made defendant herein is:

1.  · **COVINGTON SPECIALTY INSURANCE COMPANY,** a foreign corporation
    authorized to do business in the State of Louisiana, which may be served through
    its agent for service of process, Louisiana Secretary of State, 8585 Archives
    Avenue, Baton Rouge, Louisiana 70809.

2.

On or about April 10, 2024, a thunderstorm which produced tornadic activity passed

through Lake Charles, Calcasieu Parish, Louisiana and damaged a number of homes and

businesses. The April 10, 2024 weather event is hereafter called "the storm."

3.

At the time of the storm, Tall and Blonde Nightlife, LLC operated as a business

establishment under the trade name Library Riot, which is located at 2601 Ryan Street, Lake

Charles, Louisiana.

4.

At the time of the storm, there was in full force and effect a policy of insurance issued by

Covington Specialty Insurance Company, to Tall and Blonde Nightlife, LLC, providing insurance

coverage for the company's business personal property and loss of business income and extra

expenses.

5.

The storm severely damaged the building where Tall and Blonde Nightlife, LLC operates

Library Riot, and as a result, to date, the business has not been able to operate pending repairs.



PROCESSED
JUL 2 9 2024
Date: _____

Further, a number of items of business personal property were damaged and either require repair or replacement.

6.

After the storm damaged the building, Tall and Blonde Nightlife, LLC instituted a claim for payment of business income loss, extra expense, and business personal property losses with Covington Specialty Insurance Company.

7.

Representatives of Tall and Blonde Nightlife, LLC provided Covington Speciality Insurance Company with satisfactory proof of loss of the business personal property. It took greater than 30 days for Covington Specialty Insurance Company to make any payment with regard to the business personal property, and even when such payment was made, it was incomplete and insufficient.

8.

On or about May 13, 2024, Covington issued a check in the amount of $33,708.55 for actual cash value of business property losses after deduction for sign maximum payment, depreciation, and applicable deductibles. The amount was insufficient to pay the full losses sustained, and Covington knew of the additional losses but failed to pay for them without reason or justification.

9.

Representatives of Tall and Blonde Nightlife, LLC provided Covington with satisfactory proof of loss of the business income losses and extra expense incurred and continuing to be incurred.

10.

On June 11, 2024, Covington issued a check for $40,468.68 for remaining value of depreciation of the business property losses and for a portion of the business income and extra expense losses. However, the payment was insufficient to pay the full losses despite Covington having all information regarding the full value of the losses without reason or justification.

11.

Covington undeniably owes Plaintiff the amounts reflected in the satisfactory proof of loss

sent and has failed to unconditionally tender the amounts owed for each coverage applicable to this claim.

12.

Covington is in breach of its obligations to Plaintiff under the insurance policy by its refusal to timely pay the amounts owed under the policy.

13.

Louisiana Revised Statute 22:1892 obliges an insurer, such as Covington, to pay the amount due any insured within thirty (30) days after satisfactory proof of loss and states that failure to make such payment subjects the insurer to a penalty, in addition to the amount of the loss, of fifty percent damages on the amount due from the insurer to the insured, as well as reasonable attorney fees.

14.

Louisiana Revised Statute 22:1973 imposes on insurers, such as Covington, in first party claims, a duty of good faith and fair dealing which includes an affirmative duty to adjust claims fairly and promptly and to make reasonable efforts to settle claims with insureds, such as Plaintiff. Section 1973 makes any mis- representation of pertinent facts a breach of that duty of good faith and fair dealing. Section 1973 also requires payment of any claim due an insured within sixty (60) days of proof of loss. Any insurer who breaches the obligations imposed by Section 1973 is liable for damages sustained as a result of the breach as well as a penalty of up to two-times the damages sustained, along with applicable attorney fees and costs.

15.

Covington Specialty Insurance Company's failure to timely pay a proper amount to Tall and Blonde Nightlife, LLC for business personal property, business income, and extra expense, was arbitrary, capricious, and without probable cause, and as a result, Covington is responsible for penalties and attorney fees as described in La. R.S. 22:1892.

16.

At the time this suit will be filed, sixty days will not yet have elapsed since COVINGTON received satisfactory proof of loss. However, as a result of the delay in payment of losses, Tall and Blonde Nightlife, LLC has already suffered damages because in order to pay its ongoing expenses,

Tall and Blonde Nightlife, LLC is obtaining a loan that would not have been necessary if COVINGTON would have timely paid the amounts due. If greater than sixty days elapses, then the provisions of La. R.S. 22:1973 will apply and Covington will be responsible for such damages caused by the breach, plus two times the damages, as well as reasonable attorney fees.

17.

The damages suffered by Tall and Blonde Nightlife, LLC exceed the amount necessary for a trial by jury.

18.

Petitioner desires and is entitled to have the attached written discovery made a part hereof, and the Defendant, Covington Specialty Insurance Company, ordered to provide full and complete responses to the same within the time limits permitted by law.

WHEREFORE, after due proceedings hereon, Plaintiff, Tall and Blonde Nightlife, LLC, prays for judgment in her favor against Defendant, COVINGTON SPECIALTY INSURANCE COMPANY, finding Defendant in breach of both the insurance policy and its statutory obligations and therefore liable unto Plaintiff for all amounts due under the policy, as well as statutory penalties, damages, attorneys' fees, interest and costs.

Respectfully submitted,

**THE JOHNSON FIRM**
1419 Ryan Street
P.O. Box 849
Lake Charles, LA 70602
(337) 433-1414/Telephone
(337) 433-3234/Facsimile
kilburn@johnsonfirmla.com

By: _____
        **KILBURN S. LANDRY, No. 33230**

**AND**

**THE HINCH FIRM**
1400 Ryan Street
Lake Charles, LA 70601
(337) 940-9224/Telephone
(337) 409-0124/Facsimile
shane@shanehinch.com

_____
**SHANE K. HINCH, No. 29600**

**A TRUE COPY**
Lake Charles, Louisiana

Deputy Clerk of Court
Calcasieu Parish, Louisiana

*Note to clerk:*

*Please serve Covington Specialty Insurance Company through:*
Louisiana Secretary of State,
8585 Archives Avenue, Baton Rouge, Louisiana 70809

| TALL AND BLONDE NIGHTLIFE, LLC | : | 14TH JUDICIAL DISTRICT COURT |

TALL AND BLONDE NIGHTLIFE, LLC    :    14TH JUDICIAL DISTRICT COURT

VS. NO. _____    :    PARISH OF CALCASIEU

COVINGTON SPECIALTY INSURANCE
COMPANY    :    STATE OF LOUISIANA

FILED: _____

_____
DEPUTY CLERK OF COURT

> **Calcasieu**
> **H. Lynn Jones, II**
> **Jo Ann Hanks**
> **Suit#2024-2825 B**
> **E-Filed on: 7/08/24 04:28 PM**
> **# of Pages:**

## REQUEST FOR WRITTEN NOTICE
## OF ASSIGNMENT AND WRITTEN NOTICE
## OF ANY ORDER OR JUDGMENT MADE OR RENDERED

TO:    Honorable Lynn Jones
       Clerk of Court
       Calcasieu Parish Courthouse
       Lake Charles, Louisiana 70601

In accordance with the provisions of LSA - C.C.P. 1571 and 1572, you are hereby requested to give the undersigned, as counsel for petitioners, in the above captioned matter, written notice, by mail, ten (10) days in advance of any date fixed for trial or hearing of the case, whether on exception, rules or the merits thereof.

In accordance with the provisions of LSA - C.C.P. 1914 and 1915, you are hereby additionally requested to send us immediate notice of any order or judgment made or rendered in this case on the entry of such order or judgment.

Respectfully submitted,

**THE JOHNSON FIRM**
1419 Ryan Street
P.O. Box 849
Lake Charles, LA 70602
(337) 433-1414/Telephone
(337) 433-3234/Facsimile
kilburn@johnsonfirmla.com

By: _____
    **KILBURN S. LANDRY, No. 33230**

**THE HINCH FIRM**
1400 Ryan Street
Lake Charles, LA 70601
(337) 940-9224/Telephone
(337) 409-0124/Facsimile
shane@shanehinch.com

_____
**SHANE K. HINCH, No. 29600**

| | | |
|---|---|---|
| TALL AND BLONDE NIGHTLIFE, LLC | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. _____ | : | PARISH OF CALCASIEU |
| COVINGTON SPECIALTY INSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: _____ | : | _____ |
| | | DEPUTY CLERK OF COURT |

```
Calcasieu
H. Lynn Jones, II
Jo Ann Hanks
Suit#2024-2825 B
E-Filed on: 7/08/24 04:28 PM
# of Pages:6
```

## FIRST WRITTEN DISCOVERY TO DEFENDANT, COVINGTON SPECIALITY INSURANCE COMPANY

TO:    Covington Specialty Insurance Company
       By and through its registered agent
       Louisiana Secretary of State
       8585 Archives Ave.
       Baton Rouge, LA  70809

Plaintiff, **Tall and Blonde Nightlife, LLC,** propounds the following written discovery

upon defendant, **Covington Specialty Insurance Company,** to be answered under oath within the

time limits allowed by the Louisiana Code of Civil Procedure:

## DEFINITIONS

"You," "Your," or "Insurer" means the person or entity to whom this discovery is propounded, its employees, agents, and all representatives or other persons acting on behalf of them including but not limited to THEIR attorney.

"Document" includes writings, drawings, graphs, charts, photographs, and other data compilations from which information can be obtained, translated, if necessary, by this defendant through detection devices into reasonably usable form.

"Identify" or "Identification" when used with respect to an individual means to state their name, present or last known address and present or last known place of employment.

"Identify" or "Identification" when used with respect to a corporation, limited liability company, or any other form of juridical person means to state the legal name, any trade names or "d/b/a," domicile address, state of incorporation/organization, and registered agent in the State of Louisiana, if any.

"Identify" or "Identification" when used with respect to a document means to state the type of document(s) (e.g., memorandum, contract, telegram, chart, etc.) or some other means of identifying its location and custodian, the date thereon, if any, and the identity of the party or parties whose name or names appear thereon or, in lieu thereof, you may attach to your answers to these interrogatories a copy of each such document.

"Claimed Loss" means the loss or damage that the Insured seeks to recover from the Insurer in the litigation.

"Event" means the storm that occurred on the date of loss identified in the petition.

"Property" meaning 2601 Ryan Street, Lake Charles, LA, that the Insured claims coverage for under the Policy in the litigation.

"Insured" means Plaintiffs, Tall and Blonde Nightlife, LLC



**INSTRUCTIONS:**

      A.     In answering the Interrogatories, you are requested to furnish all information known or available to you regardless of whether this information is possessed directly by you or by your agents, employees, or representatives, or by your attorneys, their agents, employees, or representatives.

      B.     If any of the Interrogatories cannot be answered in full, please respond to the extent possible, specifying the reasons for your inability to respond to the remainder and state whatever information, knowledge, or belief you do have concerning the unanswered portion.

      C.     If you claim privilege as to any matter requested, please give a detailed description of such privilege to allow plaintiff and the Court to ascertain the viability of the privilege.

      D.     Each Interrogatory is of a continuing nature.  If, after serving an answer to any Interrogatory, you obtain or become aware of any further information that is responsive to such Interrogatory request, please serve amended answers setting forth such information.

      E.     All documents should be produced in compliance with La. C.C.P. art 1462(C), specifically the requirement that each party "shall organize and label them to correspond with the categories of the request." If applicable, please refer to the page numbers, document titles, etc. A generalized "see attached documents" will be considered an insufficient response.

**INTERROGATORY NO. 1:**

      Please identify by name, address, and relationship to Defendant all persons providing factual information and/or assistance in answering Plaintiff's written discovery in this case.

**INTERROGATORY NO. 2:**

      In accordance with LSA-C.C.P. art. 1422, please identify all persons having knowledge of any discoverable matter.

**INTERROGATORY NO. 3:**

      For all documents that you claim are privileged in response to Plaintiff's written discovery, please identify the nature of the documents, communications, or things not produced, the attorney and/or client involved, the litigation and/or anticipated litigation involved, all recipients and past custodians of the documents and/or materials, whether or not such documents and/or materials has ever been used affirmatively in litigation, and whether or not there have ever been court rulings determining the documents/materials privileged status. *See* LSA-C.C.P. art. 1424(C).

**INTERROGATORY NO. 4:**

      Please identify each person by name, address, occupation and title whom you expect to call as an expert witness at trial and state the subject matter on which the expert is expected to testify as well as the substance of the facts to which the expert is expected to testify.

**INTERROGATORY NO. 5:**

Please identify all experts by name, address, occupation, and title whom you have retained or specially employed in anticipation of litigation or preparation for trial and whom you do not expect to call as a witness at trial.

**INTERROGATORY NO. 6:**

Please identify all witnesses by name, address, and relationship to Plaintiff or Defendant (if any) that you may or will call at the trial of this matter, and for each, give a brief statement of their expected testimony.

**INTERROGATORY NO. 7:**

Please identify all exhibits you may or will introduce at the trial of this matter.

**INTERROGATORY NO. 8:**

Please identify all witnesses, documents, and facts upon which you based any affirmative defenses you asserted in your Answer to the Petition for Damages filed in this case.

**INTERROGATORY NO. 9:**

Please state any Policy terms or conditions that you allege Tall and Blonde, LLC, failed to comply with, including conditions precedent or other terms.

**INTERROGATORY NO. 10:**

Please state the date, amount, and coverage for any payments previously made under the Policy relating to the Event.

**INTERROGATORY NO. 11:**

Please state a general description of any other basis for nonpayment of the Claimed Loss, in whole or in part.

**INTERROGATORY 12:**

Identify all adjuster(s) who handled the claim at any time, and for each, the dates they handled the claim.

**INTERROGATORY NO. 13:**

Identify all individual(s) who evaluated, recommended, made, approved, or rejected the claim decisions made in this case.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

Please produce a certified copy of all insurance policies which may be applicable to the

allegations in this matter.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce a copy of all statements, in any format, you have taken in this case or which in any way relate to the facts surrounding this case.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce all exhibits you may or will introduce at the trial of this matter and/or at any hearings.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce a report in compliance with LSA-C.C.P. art. 1425(B) that includes all documents reviewed and/or relied upon by experts whom you anticipate calling at the trial of this matter, exhibits to be used as a summary of or in support of the expert's opinions, the qualifications of the expert witness, any publications he or she has authored within the past ten (10) years, the compensation which will be paid to the expert witness, and a list of any other cases in which he or she has testified as an expert either at trial or in deposition within the past four (4) years.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce all expert reports related to this case, companion cases, or similar cases.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce a copy of the entire claim file for the subject claim, including all claims notes, communications between insurer and insured, communications between your employees regarding the claim or the insured, communications between the insurer and any vendors (inspectors, contractors, engineers, auditors, third-party administrators, or otherwise), audit trails, documents reflecting reserves and reserve decisions and audit trails.

**REQUEST FOR PRODUCTION NO. 7:**

A complete, certified copy of the Policy in effect at the time of the Event.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce any and all Assessments of the Claimed Loss, including: loss reports, expert reports that contain any description or analysis of the scope of loss or any defenses under the Policy, damage assessments, adjuster's reports, engineering reports, contractor's reports, and estimates of repair or replacement. This shall include all reports or analyses, including all drafts, prepared as part of the evaluation or claims process involving Insured's claim by Insurer, or documents or records reviewed in any way in connection with Insurer's handling of the claim.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce any and all photographs and videos of the Property taken for the purpose of documenting the condition of the Property, including photographs and videos of the Claimed Loss.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce any and all other evaluations of the Claimed Loss aside from those produced in response to Requests above.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce any and all documents containing recordings, transcripts, or notes of statements, conversations, or communications by or between the Insurer and the Insured relating to the Event.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce a copy of any claim log, journal, diary, or record maintained by the Insurer relating to the Claimed Loss. This includes all written records, written communications, records of oral communications, reports, audits, or other records, including any documents, envelopes, logs or other documents evidencing when Insurer came into possession of any such records, regarding any aspect of the Insured's claim or that are in any way relating to the Insurer's investigation into the Claimed Loss, Insurer's processing of Insured's claim (including adjustment, evaluation, and handling), or Insurer's claim decision.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce a copy of the complete underwriting file maintained by the Insurer relating to the Property, its condition, or coverage.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce a copy any and all proofs of loss for the Claimed Loss.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce a copy of any manuals, policies, directives, guidelines, instructions (whether written, electronic, or otherwise), literature, or similar written materials that would pertain to the Claimed Loss, or to similar types of claims generally such that they would therefore be applicable to the Insured's claim. This includes any document that Insurer relied upon, or intends to rely upon, pertaining to industry guidelines, standard practices, or recommended practices for adjusting first party claims.

**REQUEST FOR PRODUCTION NO. 16:**

For any and all persons and companies identified in your answer to Interrogatory No. 17, please produce a copy of any and all payments made to each in relation to Plaintiff's claims, invoices, contracts between you and each of them, and any documents reflecting how such invoices or payments were calculated.

Respectfully submitted,

**THE JOHNSON FIRM**
1419 Ryan Street
P.O. Box 849
Lake Charles, LA 70602
(337) 433-1414/Telephone
(337) 433-3234/Facsimile
kilburn@johnsonfirmla.com

By: _____
      **KILBURN S. LANDRY, No. 33230**

**AND**

**THE HINCH FIRM**
1400 Ryan Street
Lake Charles, LA 70601
(337) 940-9224/Telephone
(337) 409-0124/Facsimile
shane@shanehinch.com

_____
**SHANE K. HINCH, No. 29600**

A TRUE COPY
Lake Charles, Louisiana

_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Notice of Service



TALL AND BLONDE NIGHTLIFE LLC
VS.    2024-002825
COVINGTON SPECIALTY
INSURANCE COMPANY

14ᵗʰ Judicial District Court
State of Louisiana
Parish of Calcasieu

TO:   KILBURN S LANDRY
      THE JOHNSON FIRM
      *P O BOX 849
      LAKE CHARLES, LA  70602

Service issued to: COVINGTON SPECIALTY INS CO/LA SOS

Date of Service:  08/07/2024

Number of Service:  1

Personal/Domiciliary:  PERSONAL SERVICE

Pleading served:    1604 CITATION FOR PETITION

Issued by the Clerk of Court on the 20th day of August 2024.

*Lori B. Bruney*

Lori Bruney
Deputy Clerk

Filing Date: 07/28/2024 12:00 AM        Page Count: 1
Case Number: 2024-002825
Document Name: Notice of Service

Citation for Petition



| | |
|---|---|
| TALL AND BLONDE NIGHTLIFE LLC<br>VS.   2024-002825<br>COVINGTON SPECIALTY<br>INSURANCE COMPANY | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA
TO:   COVINGTON SPECIALTY
        INSURANCE COMPANY
        THROUGH SEC OF STATE 8585
        ARCHIVE AVE
        Baton Rouge, LA  70809
Parish of East Baton Rouge

FILED **AUG 2 0 2024**

*Lori Bruney*

**Deputy Clerk of Court**
**Calcasieu Parish, Louisiana**

You are named as defendant in the above captioned matter. Attached to this citation is a:
        PETITION FOR DAMAGES
You must either comply with the demand contained in the petition of TALL AND BLONDE NIGHTLIFE
LLC            , or make an appearance either by filing an answer or pleading in the 14th Judicial District Court
located at 1000 Ryan St., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of
Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

D.   A Defendant shall file his answer within **twenty-one (21) days** after service of Citation upon
him, except as otherwise provided by law.
        If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his
answer to the petition within **thirty (30) days** after service of citation and service of discovery
request.

E.   When an Exception is filed prior to Answer and is overruled or referred to the merits, or is
sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen
(15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after
service of the Amended Petition.

F.   The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading
to the Original Pleading or within **ten (10) days** after service of the Amended Petition, whichever
period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 8th day of July 2024.

Issued and delivered July 28, 2024.

Thomas Cole
Deputy Clerk of Court

----------------------------------------------------------------------------------------
SERVICE INFORMATION
----------------------------------------------------------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___,
served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile I made service on the named party through the
in the parish in the hands of _____, a person apparently over the Office of the Secretary of State on
living and residing in said domicile and whose name and other facts connected with this service, I learned seventeen years,
interrogating the said person, said party herein being absent from his residence at the time of said service.   **AUG 07 2024**
RETURNED:                                                                                                                          by tendering a copy of this document to:

PARISH OF _____ this _____ day of _____ 20___               JULIE NESBITT

SERVICE      $_____                     BY: _____        DY. B. GARAFOLA #0577
                                                              Deputy Sheriff                         Parish of East Baton Rouge,

MILEAGE    $_____                                                            **RECEIVED**

TOTAL $_____                                                                            DATE

Party No.    P001                                                                          **AUG 0 6 2024**

                                                                                          E.B.R. Sheriff's Office



Filing Date: 07/28/2024 06:39 AM     Page Count: 1
Case Number: 2024-002825
Document Name: 1604 Citation for Petition

C M S 9 0 2 5 3 8 0

SCANNED
AUG 2 1 2024

| Original Copy |
CMS1604

Page 1 of 1